**Antonio D. TISDALE, Petitioner— Appellant,**

v.

**STATE of South Carolina; Henry McMaster, Respondents— Appellees.**

No. 05–7164.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 6, 2005.

Antonio D. Tisdale, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio D. Tisdale seeks to appeal the district court's order denying his motion for judgment on the pleadings. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Tisdale seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*